IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBA CORPORATION, | No. C-05-2187 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANDERSON BOAT YARD et al., | |
| Defendants. | |

The Court has received a letter from plaintiff, filed August 25, 2005, in which plaintiff seeks a continuance of the case management conference currently scheduled for September 2, 2005, on the ground that plaintiff only recently has served the two defendants. As an initial matter, the Court notes that it ordinarily does not act on requests for relief contained in letters. Nevertheless, as plaintiff has set forth good cause for the requested continuance, the Court hereby GRANTS said request and CONTINUES the case management conference from September 2, 2005 to October 28, 2005 at 10:30 a.m. The parties shall file a joint case management statement no later than October 21, 2005.

**IT IS SO ORDERED.**

Dated: August 25, 2005

MAXINE M. CHESNEY
United States District Judge