Norman J. Ronneberg, Jr., California Bar No. 68233
Steven L. Rodriguez, California Bar No. 199313
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California 94104
Telephone: 415.617.6100
4   Facsimile: 415.617.6101

5   Attorneys for Defendant
DELTA MARTINE INDUSTRIES, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  SBA CORPORATION,                )   Case No.: C-05-2187 MMC
                                    )                        GRANTING
11           Plaintiff,             )   [PROPOSED] ORDER PERMITTING
                                    )   DEFENDANT DELTA MARINE
12      vs.                         )   INDUSTRIES, INC.'S MOTION FOR
                                    )   LEAVE TO AMEND ANSWER AND
    ANDERSON BOAT YARD and DELTA MARINE)   TO ASSERT COUNTERCLAIMS
    INDUSTRIES, INC.,               )
                                    )   Rule 13(f), F.R.Civ. Pro.
             Defendants.            )
                                    )   Date: November 18, 2005
                                    )   Time: 9:00 a.m.
                                    )   Courtroom: 7, 19`ᵗʰ Floor
                                    )   Judge:  Maxine M. Chesney
                                    )
                                    )   Complaint Filed: May 27, 2005
                                    )
                                    )   **Accompanying Papers:** Notice of Motion
                                    )   for Leave to Amend Answer and to Assert
                                    )   Counterclaim; Delta Marine Industries,
                                    )   Inc.'s Motion for Leave to Amend Answer
                                    )   and to Assert Counterclaim; Declaration of
                                    )   Norman J. Ronneberg in Support of Motion
                                    )   for Leave to Amend Answer and to Assert
                                    )   Counterclaim
                                    )
    _____ )

        Defendant Delta Marine Industries, Inc. having moved this Court for an order to allow said

Defendant to file ~~its motion for~~ its proposed amended answer and assert a counterclaim, and the
                                                                    statement of nonopposition
Court having read and considered Defendant's moving papers and the ~~oppositions~~ filed by the
                                                                          ^
Plaintiffs, and good cause appearing,

/// 

1

[Proposed] Order Granting Delta Marine Industries, Inc.'s Motion For Leave To Amend
Answer And To Assert Counterclaims; Case No. C-05-2187.MMC

IT IS HEREBY ORDERED that Defendant Delta Marine Industries, Inc. shall be allowed to file its amended answer and counterclaim forthwith.

5    Dated: October 28, 2005

MAXINE M. CHESNEY
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Delta Marine Industries, Inc.'s Motion For Leave To Amend
Answer And To Assert Counterclaims; Case No. C-05-2187.MMC