1 G. GEOFFREY ROBB (131515)
  MICHAEL J. CUMMINS (184181)
2 GIBSON ROBB & LINDH LLP
  100 First Street, 27th Floor
3 San Francisco, California 94105
  Telephone: (415) 348-6000
4 Facsimile: (415) 348-6001

5

6 Attorneys for Defendant
  ANDERSON'S BOAT YARD, INC.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 SBA CORPORATION,                 )   Case No. C-05-2187 MMC
                                    )
12          Plaintiff,              )   **STIPULATION AND ORDER TO
                                    )   REMOVE CASE FROM COURT
13      v.                          )   MEDIATION PROGRAM TO ALLOW
                                    )   PARTIES TO MEDIATE MATTER
14 ANDERSON BOAT YARD and DELTA     )   BEFORE A PRIVATE MEDIATOR**
   MARINE INDUSTRIES,               )
15                                  )
            Defendants.             )
16 _____  )

17      The Parties, through their attorneys of record, hereby stipulate and agree that the case be

18 removed from the Court Mediation Program so as to allow the parties to mediate this matter through

19 a private mediator, Hon. Alfred G. Chiantelli. The Parties have agreed to mediate this matter with

20 Judge Chiantelli on Friday, January 20, 2006.

21

22 Dated: December 15, 2005          GIBSON ROBB & LINDH LLP
                                     Attorneys for Defendant
                                     ANDERSON'S BOAT YARD, INC.
23

24                                   By:  S/ MICHAEL J. CUMMINS
                                          Michael J. Cummins
25

26

27

28

| | | |
|---|---|---|
| 1 | DATED: December 15, 2005 | COZEN O'CONNOR<br>Attorneys for defendant<br>DELTA MARINE INDUSTRIES |
| 2 | | |
| 3 | | |
| 4 | | By: S/ NORMAN J. RONNEBERG, JR.<br>     Norman J. Ronneberg, Jr. |
| 5 | | |
| 6 | DATED: December 15, 2005 | EMARD, DANOFF, PORT & TAMULSKI, LLP<br>Attorneys for plaintiff<br>SBA CORPORATION |
| 7 | | |
| 8 | | |
| 9 | | By: S/ JAMES J. TAMULSKI<br>     James J. Tamulski |

Pursuant to the parties' stipulation and good cause appearing, the Court hereby removes this matter from the Court Mediation Program, and thus grants the parties' request to allow them to mediate matter before Judge Chiantelli.

IT IS SO ORDERED.

Dated December 15, 2005

MAXINE M. CHESNEY
United States District Judge