EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:    (415) 227-9455
Facsimile:     (415) 227-4255
E-Mail:         jtamulski@edptlaw.com
                    kodell@edptlaw.com

Attorneys for Plaintiff
SBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SBA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDERSON BOAT YARD and<br>DELTA MARINE INDUSTRIES,<br><br>　　　　　　Defendants. | Case No.  C 05-02187 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE MEDIATION**<br>**DATE** |

TO THE HONORABLE MAXINE M. CHESNEY:

On December 15, 2005, the parties requested by stipulation that this matter be removed from the Court Mediation Program, and requested that the matter be mediated by a private mediator, Hon. Alfred G. Chiantelli.  The parties agreed to mediate this matter before Judge Chiantelli on January 20, 2006.  The Court's Order of December 15, 2005, granted the parties' requests and removed the matter from the Court Mediation Program.

Since that time defendant Delta Marine has requested SBA Corporation employee Bryan Phelps be deposed prior to the mediation  Captain Phelps is currently fishing for squid, the season for which ends in early-February.  Captain Phelps will be available for deposition thereafter.  As a result, the parties agree, stipulate to, and request the Court to issue an order

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DATE
Case No. C 05-02187 MMC
G:\61900.001 ENDEAVOR\Pleadings\Stipulation to Continue Mediation.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

continuing the mediation completion date until March 16, 2006.  The parties and Judge Chiantelli have set a date for the mediation of March 15, 2006.

    For these reasons the parties respectfully stipulation and ask this Court for a continuance of the date by which the mediation must occur to March 16, 2006.  Respectfully submitted.

DATED:  January 27, 2006    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By    /s/
    James J. Tamulski
    Kevin Odell
Attorneys for Plaintiff
SBA CORPORATION

DATED:  January 27, 2006    GIBSON, ROBB & LINDH LLP

By    /s/
    Michael J. Cummins
Attorneys for Defendant
ANDERSON BOAT YARD

DATED:  January 27, 2006    COZEN O'CONNOR

By    /s/
    Norman J. Ronneberg, Jr.
Attorneys for Defendant
DELTA MARINE INDUSTRIES

CERTIFICATION OF SIGNATURES

    I attest that the contents of this documents is acceptable to all persons above, who were required to sign it.

By    /s/
    James J. Tamulski

    Pursuant to the parties' stipulation and good cause appearing, the Court grants the parties' request.  The date by which private mediation of the matter before Judge Chiantelli is ^must be completed March 16, 2006.

    IT IS SO ORDERED:

_____
Judge Maxine M. Chesney
United States District Court

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DATE
Case No. C 05-02187 MMC
G:\61900.001 ENDEAVOR\Pleadings\Stipulation to Continue Mediation.doc

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105