EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:     (415) 227-9455
Facsimile:      (415) 227-4255
E-Mail:          jtamulski@edptlaw.com
                     kodell@edptlaw.com

Attorneys for Plaintiff
SBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SBA CORPORATION,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDERSON BOAT YARD and DELTA MARINE INDUSTRIES,<br><br>   Defendants. | Case No.  C 05-02187 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** AS TO DEFENDANT ANDERSON BOAT YARD ONLY |

///

///

///

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. C 05-02187 MMC
G:\61900.001 ENDEAVOR (SBA Corp.)\Pleadings\Dismissal.doc

**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
**49 Stevenson Street**
**Suite 400**
**San Francisco, CA 94105**

1   The case brought against Defendant Anderson's Boat Yard having been fully
2   compromised and settled, the parties hereby stipulate pursuant to F.R.C.P. Rule 41(a) and
3   request the Court to order that this action only be fully dismissed with prejudice, each party to
4   bear its own costs.

5   DATED: May 30, 2006        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

7                               By_____
                                   James J. Tamulski
8                                  Kevin Odell
                                Attorneys for Plaintiff
9                               SBA CORPORATION

10  DATED: May 30, 2006         GIBSON ROBB & LINDH, LLP

12                              By_____
                                   Michael J. Cummins
13                              Attorneys for Defendant
                                ANDERSON'S BOAT YARD

15  IT IS SO ORDERED.
16  Dated: June 1, 2006
17                              _____
                                        U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. C 05-02187 MMC
G:\61900.001 ENDEAVOR (SBA Corp.)\Pleadings\Dismissal.doc