1  Norman J. Ronneberg, Jr., SBN 68233
   E-mail: norm.ronneberg@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Defendant Delta Marine
   Industries
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | SBA CORPORATION,                  | Case No.: C-05-2187 MMC
12 |          Plaintiff,                | **SUBSTITUTION OF ATTORNEY** ;
                                         ORDER THEREON
13 |    vs.                             |
14 | ANDERSON BOAT YARD and DELTA       |
   | MARINE INDUSTRIES, INC.,           |
15 |                                    |
   |          Defendants.               |
16

17

18       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that defendant Delta Marine Industries, Inc. hereby substitutes

20 Norman J. Ronneberg, Jr. of Bullivant Houser Bailey PC, 601 California Street, Suite 1800, San

21 Francisco, California 94108 as its counsel of record in the place of Cozen O'Connor.

22 DATED: June ___, 2006

23

24

25                                   By _____
                                            Jack Jones
26                                       Delta Marine Industries, Inc.

27

28

6069414.1                           – 1 –
SUBSTITUTION OF ATTORNEY – Case No.: C-05-2187 MMC

1  I accept this substitution.
2  DATED: June 16, 2006

3                                    Bullivant Houser Bailey PC

5                                    By _____
6                                         Norman J. Ronneberg, Jr.

7  I consent to the above substitution.
8  DATED: June 26, 2006

9                                    Cozen O'Connor

11                                   By _____
                                          Steven L. Rodriguez
12

14     The above substitution is hereby APPROVED. See Civil L.R. 11-5. The Court notes, however, that such substitution does not constitute good cause to continue the trial, which is scheduled to begin October 23, 2006.
16     IT IS SO ORDERED.

17  Dated: June 27, 2006
                                     _____
18                                   MAXINE M. CHESNEY
                                     United States District Judge