EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       jtamulski@edptlaw.com
              kodell@edptlaw.com

Attorneys for Plaintiff
SBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SBA CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANDERSON BOAT YARD and<br>DELTA MARINE INDUSTRIES,<br><br>        Defendants. | Case No.  C 05-02187 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL OF**<br>**COMPLAINT AND COUNTER-**<br>**CLAIM WITHOUT PREJUDICE** |

AND RELATED COUNTER-CLAIM.

/
/
/
/

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE
Case No  C 05-02187 MMC
C \Documents and Settings\DF3\Local Settings\Temporary Internet Files\OLK9\Dismissal (2) doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1  Plaintiff SBA Corporation's Complaint against Defendant Delta Marine Industries, and
2  Delta Marine Industries' related Counter-claim against SBA Corporation, both having been fully
3  compromised and settled, the parties hereby stipulate pursuant to F.R.C.P. Rule 41(a) and request
4  the Court to order that said Complaint and Counter-claim be fully dismissed without prejudice,
5  each party to bear its own costs.

DATED: September ___, 2006

_____
Gilbert Phelps, as Authorized Representative of
Plaintiff/Counter-defendant SBA CORPORATION

DATED: September 8, 2006

_____
Jack Jones, as Authorized Representative of
Defendant/Counter-claimant DELTA MARINE
INDUSTRIES

APPROVED AS TO FORM:

DATED: September 13, 2006      EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By: _____
James J. Tamulski
Attorneys for Plaintiff/Counter-defendant SBA
CORPORATION

DATED: September 11, 2006      BULLIVANT HOUSER BAILEY

By: _____
Norman J. Ronneberg, Jr.
Attorneys for Defendant/Counter-claimant
DELTA MARINE INDUSTRIES

IT IS SO ORDERED.

Dated: September 18, 2006

_____
U.S. DISTRICT JUDGE